UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 1:07-CR-103-HAB |
| BRETT T JONES, | |
| Defendant. | |

## OPINION AND ORDER

The Court is in receipt of two filings from Defendant Brett Jones. The first is a letter in which he requests "a certified copy of the registry ledger account . . . to verify funds on deposit for preparation of a petition under 28 U.S.C. 2042." (ECF No. 133). The second filing is a second petition pursuant to 28 U.S.C. 2042 for the withdrawal of funds from case number 1:10-CV-239. (ECF No. 134).

Despite now referencing the civil case number from his related 2010 habeas claim, as best the Court can tell Defendant is attempting once again to restart the process of reclaiming funds seized during his 2007 arrest. As the Court explained in its previous Order denying Defendant's first 28 U.S.C. § 2042 petition, no relief can be granted because the money seized was forfeited to the state and county, rather than the Court or the Treasury. (ECF No. 132). Because neither the Court nor the Treasury were in receipt of those funds, "[t]he factual predicate for the application of § 2042, that the money is in the possession of the United States, doesn't exist." (*Id.* at 2). This Order was mailed to Defendant when it was filed in May 2024.

2

The factual circumstances have not changed in the year since this Court's order, and referencing the civil case number, rather than his criminal case, does not alter those circumstances. As such, Defendant's request for a copy of a certified registry ledger (ECF No. 133) is DENIED as moot because there is simply no statement ledger for the Court to provide to him. And for the same reasons as listed in the Court's previous order (ECF No. 132), Defendant's second 28 U.S.C. § 2042 petition is DENIED.

SO ORDERED on September 23, 2025.

    s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT